UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

WILFREDO LARANCUENT, *as Manager
of the Laundry, Dry Cleaning and Allied
Workers Joint Board, Unite*,

                              **Plaintiff,**

     - against -

BEST METROPOLITAN TOWEL AND
LINEN SUPPLY CO., INC.,

                             **Defendant.**

-------------------------------------------------------x

**ORDER**

**04-CV-287 (NG)(SMG)**

GERSHON, United States District Judge:

       The unopposed Report and Recommendation of Magistrate Judge Steven M. Gold, dated September 2, 2005 is hereby adopted in its entirety.  Plaintiff's motion for a default judgment against defendant Best Metropolitan Towel and Linen Supply Co., Inc., confirming the arbitration award is granted.   Plaintiff's request for attorneys' fees is denied. The Clerk of Court is directed to enter judgment against defendant in the following amounts; 1) $28,931.00 for back-pay damages, with interest to be determined by the Clerk of Court on that amount calculated at the rate of 9% per annum, beginning on April 14, 2003, until the date judgment is entered; and 2) $190.00 for costs.

                                      **SO ORDERED.**

                                    */s/ Nina Gershon*
                                    **NINA GERSHON**
                                    **United States District Judge**

Dated: Brooklyn, New York
       October 11, 2005